1  Thomas P. Riley, SBN 194706
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
   Tel:  626-799-9797
4  Fax:  626-799-9795
   TPRLAW@att.net
5  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
6
   Maria C. Jaime, SBN 271741
7  **CURTIS LEGAL GROUP, PLC**
   870 Market St. Suite 1260
8  San Francisco, CA 94102
   Tel: (415) 981-4500
9  mjaime@curtislegalgroup.com
   **Attorneys for Defendants**
10 **Rafael De Anda a/k/a Rafael Romero and**
11 **Maria De Anda a/k/a Velia De Anda, Jr.**
12

13            **UNITED STATES DISTRICT COURT**
14           **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
15

16 **J & J SPORTS PRODUCTIONS, INC.,**      | **CASE NO.  3:10-CV-05511-TEH**

17                 **Plaintiff,**

18                    **v.**                | **STIPULATION FOR AN ORDER**
                                              **CONTINUING CASE MANAGEMENT**
19                                            **CONFERENCE; AND ORDER (**~~Proposed~~**)**
   **RAFAEL DE ANDA, et al.,**
20                                          | **FOR:  HON. THELTON E. HENDERSON**
                **Defendants.**
21

22

23          **TO THE HONORABLE THELTON E. HENDERSON:**

24          By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Rafael

25  De Anda a/k/a Rafael Romero and Maria De Anda a/k/a Velia De Anda, Jr., individually and d/b/a

26  Guadalajara Taqueria a/k/a Supermercado Guadalajara, hereby agree, stipulate, and respectfully

27  request that this Honorable Court continue the Case Management Conference presently set for March

28  28, 2011 at 1:30 PM.

1      The request for the brief continuance is necessitated by the fact that counsel for the Parties have

2 been engaged in settlement discussions and request additional time to conclude same.

3      **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED

4 BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for

5 March 28, 2011 at 1:30 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

6

7

8

9                                   Respectfully Submitted,

10

11 Dated: March 21, 2011                */s/ Thomas P. Riley*

12                                     **LAW OFFICES OF THOMAS P. RILEY**

13                                     By: Thomas P. Riley

14                                     Attorneys for Plaintiff

15                                     J & J Sports Productions, Inc.

16

17 Dated: March 21, 2011

18                                     **CURTIS LEGAL GROUP, PLC**

19                                     By: Maria C. Jaime

20                                     Attorneys for Defendants

                                    Rafael De Anda a/k/a Rafael Romero and

                                    Maria De Anda a/k/a Velia De Anda, Jr.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**ORDER (~~Proposed~~)**

It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-05511-TEH styled *J & J Sports Productions, Inc. v. Rafael De Anda a/k/a Rafael Romero, et al.*, is hereby continued from 1:30 PM, March 28, 2011 to __ May 9, 2011 at 1:30 p.m. _____.

**IT IS SO ORDERED**:

_____          Dated:_____03/22/2011_____

The Ho_____rson
United S_____
Northern_____

Judge Thelton E. Henderson

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///